IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT GENE WILL, II § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. H-07-1000 |
| § | |
| RICK THALER, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER

Upon reflection, and given the current legal and factual posture of this case, the Court believes that a certificate of appealability is appropriate as to whether Petitioner, Robert Gene Will II, received a fair trial given the presence of uniformed police officers in the courtroom audience. Specifically, the Court believes that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (citations omitted) (internal quotation marks omitted). Thus, the Court **GRANTS** a certificate of appealability on this issue.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 19th day of March, 2012.

_____
KEITH P. ELLISON
U.S. DISTRICT COURT JUDGE