IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT GENE WILL, II, § § § Petitioner, § § v. § § WILLIAM STEPHENS, Director, § Texas Department of Criminal § Justice, Correctional Institutions Division, § § Respondent. § § | H-07-CV-1000 (Death Penalty Case) |

### ORDER

Petitioner Robert Gene Will, II, a Texas inmate incarcerated under a capital conviction and death sentence, has moved for a stay and abeyance of federal habeas corpus proceedings currently pending before this Court while he exhausts state court remedies. It is hereby **ORDERED** that Petitioner's Motion to Stay and Hold Proceedings in Abeyance is **GRANTED**. The Court **STAYS** all proceedings in this case and holds them in **ABEYANCE** to permit state court review. The Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this case. Petitioner is hereby **ORDERED** to file an application for habeas corpus in state court within sixty (60) days, and to notify this Court within thirty (30) days of a final decision by the Texas Court of Criminal Appeals.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this 20th day of August 2013.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE